# Notice Recipients

District/Off: 1086-7  User: admin  Date Created: 8/6/2025
Case: 25-80714  Form ID: pdf017  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg  US Security and Exchange Commission  175 W. Jackson Boulevard  Chicago, IL 60604

TOTAL: 1