# Notice Recipients

District/Off: 1086–7  User: admin  Date Created: 8/6/2025
Case: 25–80714  Form ID: 309F1  Total: 37

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          No Trustee
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | New Redbird Business Group LLC | 471833 E Hwy 51   Stilwell, OK 74960 |
| ust | Office of the United States Trustee | Office of the AUST, Karen Walsh   PO Box 3044   Tulsa, OK 74101 |
| aty | Joe Byars, Jr | Helton Law Firm   9125 S. Toledo Ave.   Tulsa, OK 74137 |
| aty | Karen Carden Walsh | Office of the United States Trustee   PO Box 3044   Tulsa, OK 74101 |
| aty | Mary Kindelt | DOJ–Ust   P.O. Box 3044   Tulsa, OK 74101 |
| smg | Oklahoma Employment Security Commission | Robert C. Newark, III, Attorney   P.O. Box 53039   Oklahoma City, OK 73152–3039 |
| 2004025 | Absolute HVAC LLC | c/o Burton Stacy   Hood & Stacy P.A.   P.O. Box 271   Bentonville, AR 72712 |
| 2004035 | Adair County Assessor | 220 West Division Street, Suite 109   Stilwell, Oklahoma 74960 |
| 2004012 | Brewer Attorneys & Counselors | 1717 Main Street   Suite 5900   Dallas, TX 75201 |
| 2004031 | Butler Family Trust | 4200 Elkhorm Ranch Trail   Hot Springs, AR 71901 |
| 2004011 | Central Bank of Arkansas | c/o Geoffrey Treece   Quattlebaum, Grooms & Tull PLLC   4100 Corporate Center Drive Suite 310   Springdale, AR 72762 |
| 2004028 | DKNS LLC | 15610 Sheldon Lake Dr.   Cypress, TX 77433 |
| 2004032 | Danny Brown | 5107 Lochridge   North Little Rock, AR 72216 |
| 2004018 | Danny Brown | c/o Charles R. Swartz   Robinett, Swartz & Duren   624 S. Boston Ave., Suite 900   Tulsa, OK 74119 |
| 2004033 | Edward Constantinescu | 142 Bentwater Bay   Mongtomery, TX 77356 |
| 2004017 | Gary Butler | c/o Charles R. Swartz   Robinett, Swartz & Duren   624 S. Boston Ave., Suite 900   Tulsa, OK 74119 |
| 2004020 | Gneiss Ventures LLC | c/o Charles R. Swartz   Robinett, Swartz & Duren   624 S. Boston Ave., Suite 900   Tulsa, OK 74119 |
| 2004010 | Internal Revenue Service | P.O. Box 7346   Philadelphia, PA 19101–7346 |
| 2004015 | Jack Weinstein | c/o Daniel Wilson   Mitchell Bonds, PLLC   203 E. Hobson Ave   Sapulpa, OK 74066 |
| 2004014 | John Salch | c/o Michael A. Logan   Kane, Russell, Coleman, Logan PC   901 Main St., Suite 5200   Dallas, TX 75202 |
| 2004023 | Martin S. Schexnayder and Brian C. Koeppen | Winget, Spadafora & Schwartzberg, LLP   Two Riverway, Suite 1125   Houston, TX 77056 |
| 2004013 | Matthew Harrison | c/o Adam Doverspike   GableGotwals   110 N. Elgin Ave., Suite 200   Tulsa, OK 74120 |
| 2004016 | Michael Butler | c/o Charles R. Swartz   Robinett, Swartz & Duren   624 S. Boston Ave., Suite 900   Tulsa, OK 74119 |
| 2004030 | Michael and Alicia Butler Living Trust | 313 Carlee Ct   Hot Springs Village, AR 71909 |
| 2004021 | N&N Financial LLC | c/o Charles R. Swartz   Robinett, Swartz & Duren   624 S. Boston Ave., Suite 900   Tulsa, OK 74119 |
| 2004029 | Nimesh Patel | 15610 Sheldon Lake Dr.   Cypress, TX 77433 |
| 2004009 | Office of the United States Trustee | P.O. Box 3044   Tulsa, OK 74101 |
| 2004231 | Oklahoma Tax Commission | Oklahoma City OK 73194 |
| 2004034 | Oklahoma Tax Commission | PO BOX 26800   Oklahoma City, OK 73126–0800 |
| 2004022 | Perry Matlock | c/o Thomas H. Hull   Hall Estill   320 S. Boston Ave., Suite 200   Tulsa, OK 74103–4063 |
| 2004036 | Redbird Ventures LLC | 6701 Belmar Circle   Norman, OK 73071 |
| 2004026 | Ryan Kahn | c/o Joseph Titterington   5500 N. Western Ave., Ste. 106   Oklahoma City, OK 73116 |
| 2004024 | The Hennessey Group LLC | c/o Carol J. Allen   525 South Main   Tulsa, OK 74103–4524 |
| 2004019 | Thomas B. Lefler and Cynthia S. Lefler | c/o Charles R. Swartz   Robinett, Swartz & Duren   624 S. Boston Ave., Suite 900   Tulsa, OK 74119 |
| 2004232 | United States Attorney | Eastern District of Oklahoma   520 Denison Ave.   Muskogee OK 74401 |
| 2004027 | William A. Thurman | 1322 E 35th Street   Tulsa, OK 74105 |

TOTAL: 36