IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| IN RE: | |
|---|---|
| NEW REDBIRD BUSINESS GROUP, LLC, | Case No. 25-80714 |
| Debtor. | Chapter 11 |

## ENTRY OF APPEARANCE

Please take notice that the undersigned attorney for Judgment Creditor Matthew Harrison enters his appearance and requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon him at the mailing and email addresses set forth below.

**DATED** this 7th day of August 2025.

*s/ Adam C. Doverspike*
Adam C. Doverspike, OBA No. 22548
**GABLEGOTWALS**
110 North Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120
T: (918) 595-4800 | F: (918) 595-4990
adoverspike@gablelaw.com

**ATTORNEY FOR JUDGMENT CREDITOR MATTHEW HARRISON**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2025, a true and correct copy of this Entry of Appearance was electronically served upon all counsel of record using the Court's CM/ECF system.

*s/ Adam C. Doverspike*
Adam C. Doverspike