IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NEW REDBIRD BUSINESS GROUP, LLC, | ) | Case No. 25-80714 |
| | ) | Chapter 11 |
| Debtor, | ) | |

### ENTRY OF APPEARANCE

Please take notice that the undersigned attorney for Judgment Creditor Perry Matlock enters his appearance and requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings be served upon him at the mailing and email addresses set forth below.

Respectfully submitted,

/s Thomas Hull
Thomas H. Hull, Jr., OBA No. 31099
Hall Estill Hardwick Gable Golden & Nelson
521 E. 2nd St., Suite 1200
Tulsa, OK 74120
(918) 594-0400/Fax(918) 594-0505
thull@hallestill.com
*Attorney for Judgment Creditor Perry Matlock*

## **CERTIFICATE OF MAILING**

The undersigned certifies that on this 12th day of August, 2025, a true and correct copy of the above and foregoing instrument was electronically served upon all counsel of record using the Court's CM/ECF system.

/s Thomas Hull
Thomas H. Hull, Jr.