**Dated: August 13, 2025**

**The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re: New Redbird Business Group LLC      Case No.: 25–80714 – PRT

Chapter: 11

Debtor(s).

## ORDER

An Employment Application for the Debtor's counsel shall be filed **within 14 days** after the filing of the bankruptcy petition or order of conversion. The Application shall include a supporting affidavit or verified statement of the Professional that complies with 11 U.S.C. Sec. 327, Fed.R.Bankr.P. 2014 and Local Rule 2014–1.

###