# Notice Recipients

District/Off: 1086–7     User: admin     Date Created: 8/13/2025
Case: 25–80714     Form ID: pdfpo     Total: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| aty | Joe Byars, Jr | joe@heltonlawfirm.com |
| aty | Karen Carden Walsh | karen.walsh@usdoj.gov |
| aty | Mary Kindelt | mary.kindelt@usdoj.gov |
| aty | Micheal J. Collins | mjcollins0701@gmail.com |

TOTAL: 5