| Form 204 - New RedBird Business Group LLC | | | | | | |
|---|---|---|---|---|---|---|
| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1) | Central Bank of Arkansas<br>1506 Market Street<br>Suite C-180<br>Little Rock, Arkansas 72211 | Geoffrey Treece<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201<br>gtreece@qgtlaw.com<br>501.379.1735 | Loan | Disputed | $18,500,000.00 | | |
| 2) | Matthew Harrison | Adam Doverspike<br>GableGotwals<br>110 N. Elgin Ave., Suite 200<br>Tulsa, OK 74120<br>918-595-4813<br>adoverspike@gablelaw.com | Professional Services | Disputed | | | $1,882,055.56 |
| 3) | Perry Matlock | c/o: Martin S. Schexnayder<br>Brian C. Koeppen<br>Two Riverway, Suite 1125<br>Houston, Texas 77056, Telephone: 713-343-9200<br>Schexnayder.M@wssllp.com<br>Koeppen.B@wssllp.com<br><br>Thomas H. Hull<br>320 S. Boston Ave., Suite 200<br>Tulsa, OK 74103-4063<br>(918)304-6327<br>thull@hallestill.com | Loan | Disputed | $1,475,000.00 | | |
| 4) | The Hennessey Group LLC | Carol J. Allen, OBA #18255<br>J. Andrew Brown, OBA #22504<br>Kirsten L. Palfreyman, OBA #30668<br>1500 ParkCentre;<br>525 South Main<br>Tulsa, OK 74103-4524<br>(918) 582-8877 | Loan | Disputed | $462,000.00 | | |

Case 25-80714    Doc 24-1    Filed 08/13/25    Entered 08/13/25 19:45:07    Desc Exhibit
List of Crditors who have the 20 largest unsecured Claims    Page 1 of 3

1

| Form 204 - New RedBird Business Group LLC | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5) | Thomas B. Lefler and Cynthia S. Lefler | Charles R. Swartz<br>Dylan T. Duren<br>Robinett, Swartz & Duren<br>624 S. Boston, Ave., Ste. 900<br>Tulsa, OK 74119<br>(918) 592-3699<br>cswartz@robinettlawfirm.com | Loan | Disputed | $73,000.00 | | |
| 6) | John Salch | Michael A. Logan<br>Kane, Russell, Coleman, Logan PC;<br>901 Main St., Suite 5200,<br>Dallas, TX. 75202 | Loan | Disputed | $200,000.00 | | |
| 7) | Ryan Kahn | Ryan Khan<br>Joseph Titterington<br>5500 N. Western Ave, Ste. 106<br>Oklahoma City, OK 73116 | Loan | Disputed | $200,000.00 | | |
| 8) | Gneiss Ventures LLC | Bao Nguyen<br><br>c/o: Charles R. Swartz and<br>Dylan T. Duren;<br>Robinett, Swartz & Duren<br>624 S. Boston, Ave., Ste. 900<br>Tulsa, OK 74119<br>(918) 592-3699<br>cswartz@rboinettlawfirm.com<br>dduren@robinettlawfirm.com | Loan | Disputed | $12,000.00 | | |
| 9) | Danny Brown | c/o: Charles R. Swartz and<br>Dylan T. Duren;<br>Robinett, Swartz & Duren<br>624 S. Boston, Ave., Ste. 900<br>Tulsa, OK 74119<br>(918) 592-3699<br>cswartz@rboinettlawfirm.com | Loan | Disputed | $30,000.00 | | |
| 10) | Michael Butler | c/o: Charles R. Swartz and<br>Dylan T. Duren;<br>Robinett, Swartz & Duren<br>624 S. Boston, Ave., Ste. 900<br>Tulsa, OK 74119<br>(918) 592-3699<br>cswartz@rboinettlawfirm.com<br>dduren@robinettlawfirm.com | Loan | Disputed | $30,000.00 | | |
| 11) | CCK Strategies PLLC | Terry Cumbey<br>8811 South Yale Ave; Suit 400,<br>Tulsa, OK 74137<br>(918) 491-4036<br>info@cckcpa.com | Trade Debts | Disputed | | | $5,118.06 |

| Form 204 - New RedBird Business Group LLC | | | | | | |
|---|---|---|---|---|---|---|
| 12) N&N Financial | c/o: Charles R. Swartz<br>Dylan T. Duren<br>Robinett, Swartz & Duren<br>624 S. Boston, Ave., Ste. 900<br>Tulsa, OK 74119<br>(918) 592-3699<br>cswartz@rboinettlawfirm.com<br>dduren@robinettlawfirm.com | Loan | Disputed | | | $5,118.06 |

Case 25-80714    Doc 24-1    Filed 08/13/25    Entered 08/13/25 19:45:07    Desc Exhibit
List of Crditors who have the 20 largest unsecured Claims    Page 3 of 3

3