UNITED STATES BANKRUPTCY COURT
_____Eastern_____ DISTRICT OF OKLAHOMA

IN RE: New Redbird Business Group LLC )
) CASE NO. 25-80714
) CHAPTER 11
EID/SS # 92-1625937 )
)
Debtor. )

**INITIAL REPORT**

Comes Now, _____New Redbird Business Group LLC_____,
Debtor-in-possession, and hereby submits its Initial Report as
shown by Attachments A through L, consisting of _____ pages,
and containing the following as indicated:

❏ Receipt and Certification of Understanding "Operating Guidelines and Reporting Requirements". **Attachment A.**

❏ Designation of Individual Responsible for Discharging Debtor's Duties. **Attachment B.**

❏ Designation of Individual Responsible for Financial Reports. **Attachment C.**

❏ Balance Sheet **as of month-end immediately preceding filing. Attachment D.**

❏ Profit and Loss Statement **for month immediately preceding filing. Attachment E.**

❏ Insurance, Tax and Cash Collateral Statements. **Attachment F.** (Including Proof of Insurance Coverage)

❏ Projected cash budget for first six (6) months of post petition operations. **Attachment G.**

**Case Name:** New Redbird Business Group LLC
**Case Number:** 25-80714

- ❏ Detailed listing of Accounts Receivable and an Accounts Receivable Aging Report. **Attachment H.**

- ❏ Report of Physical Inventory. **Attachment I.** (See Page 3 of 8, 6. Physical Inventory, *Operating Guidelines and Reporting Requirements*)

- ❏ Current Rent Roll. **Attachment J**. (See Page 3 of 8, 7. Rental Property Records, *Operating Guidelines and Reporting Requirements*)

- ❏ Copies of most recent audited and unaudited Financial Statements. **Attachment K.**

- ❏ Debtor's Section 345 Bank Account Certificate. **Attachment L.**

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INITIAL REPORT AND ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DEBTOR(S)-IN-POSSESSION

DATE: 08/19/2025

BY:_____
Name: Sam Thurman
Title: Manager
BY:_____
Name:_____
Title:_____
Address: 471833 East Hwy 51
Stilwell, OK 74960

Telephone: 254-652-3777

Client Signature to be added on Wednesday, August 20, 2025.

# ATTACHMENT A

## RECEIPT AND CERTIFICATION OF UNDERSTANDING
## UNITED STATES TRUSTEE
## OPERATING GUIDELINES AND REPORTING REQUIREMENTS

CASE NAME: New Redbird Business Group LLC

CASE NUMBER: 25-80714

I hereby certify that I have read and understand the United States Trustee Chapter 11 "Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees". Further, I hereby agree to perform in accordance with said guidelines and requirements.

08/19/2025
(Date)

(Debtor)

Manager
(Title)

Sam Thurman
(Printed Name of Signatory)

The undersigned, as counsel for the debtor, has read and reviewed with the debtor the operating guidelines and reporting requirements discussed above.

08/19/2025
(Date)

(Attorney for Debtor)

**ATTACHMENT B**

Case Name  New Redbird Business Group LLC
Case Number   25-80714

## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL
## RESPONSIBLE FOR DISCHARGING DEBTOR'S DUTIES

    The Debtor(s)-in-possession in the above and foregoing case hereby designates  Sam Thurman , as provided under F.R.B.P. 9001(5), as the individual responsible for discharging the duties of the debtor under 11 U.S.C. §1107 and as may be required by the Court or by the United States Trustee.

DEBTOR(S)-IN-POSSESSION

DATE:  08/19/2025

BY:_____
Name:  Sam Thurman
Title:  Manager
BY:_____
Name:_____
Title: _____
Address:  471833 East Hwy 51
    Stilwell, OK 74960

Telephone:  254-652-3777

ACCEPTED

DATE:  08/19/2025

BY:_____
Name:  Sam Thurman
Title: _____
Address:  471833 East Hwy 51
    Stilwell, OK 74960

Telephone:  254-652-3777

**ATTACHMENT C**

Case Name   New Redbird Business Group LLC
Case Number   25-80714


## DESIGNATION AND ACCEPTANCE OF
## INDIVIDUAL RESPONSIBLE FOR PREPARATION OF
## FINANCIAL REPORTS FOR DEBTOR-IN-POSSESSION

The Debtor(s)-in-possession in the above and foregoing case hereby designates  Sam Thurman , as provided under Bankruptcy Rule 9001(5), as the individual responsible for the preparation of all financial reports as required by the Court or by the United States Trustee.

DEBTOR(S)-IN-POSSESSION

DATE: 08/19/2025

BY: _____
Name: Sam Thurman
Title: Manager
BY: _____
Name: _____
Title: _____
Address: 471833 East Hwy 51
Stilwell, OK 74960

Telephone: 254-652-3777

ACCEPTED

DATE: 08/19/2025

BY: _____
Name: Sam Thurman
Title: Manager
Address: 471833 East Hwy 51
Stilwell, OK 74960

Telephone: 254-652-3777

Case Name     New Redbird Business Group LLC
Case Number 25-80714

**STATEMENT CONCERNING INSURANCE, TAXES
AND USE OF CASH COLLATERAL**

**I. INSURANCE**

    A. Insurance is in effect and payments are current for coverage as indicated:

| INSURANCE TYPE | CARRIER | EXPIRES |
|---|---|---|
| General comprehensive liability | _____ | _____ |
| Property (Personal & realty) | _____ | _____ |
| Casualty & theft | _____ | _____ |
| Workers' compensation | _____ | _____ |
| Vehicle | _____ | _____ |
| Product liability | _____ | _____ |
| Flood | _____ | _____ |
| Directors and Officers liability | _____ | _____ |
| Professional malpractice | _____ | _____ |
| Other:_____ | _____ | |

    B. Attached hereto are Certificates of Insurance or other proof of insurance for the above.

**II. TAXES**

    A. **Post**-petition federal and state withholding and payroll taxes **(are)**/**are not** current.

    B. Delinquent post-petition taxes, if any, are as follows:

        Federal Withholding _____

        State Withholding _____

        FICA _____

        Other

Case Name ___New Redbird Business Group LLC___
Case Number _____25-80714_____

**(II. TAXES continued)**

    C. **Pre**-petition federal and state withholding and payroll taxes **are**/**are not** current. **Pre**-petition federal and state excise, sales taxes **are**/**are not** current. Delinquent pre-petition taxes, if any, are as follows:

        Federal Withholding _____

        State Withholding _____

        FICA _____

        Federal Excise Tax _____

        State Excise Tax _____

        Sales Tax _____

**III. CASH COLLATERAL**

    A.    Cash collateral **will**/**will not** be necessary to fund Debtor's post-petition operations.

    B.    Debtor **has**/**has not** filed a request for use of cash collateral under 11 U.S.C. § 363 or § 364.

    C.    Identity of Cash Collateral.

| **PROPERTY** | **CREDITOR** | **MONTHLY PAYMENT** |
| --- | --- | --- |

# ATTACHMENT G

**Case Name** _____New Redbird Business Group LLC_____
**Case Number** _____25-80714_____

## PROJECTED CASH BUDGET
## FIRST 6 MONTHS OF POST PETITION OPERATIONS

Month    Income    -    Expenses*    =    Profit/Loss

_____    Not Applicable    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

Total    _____    _____    _____

**\*EXPENSES**

| | Costs of Sales | Salaries | Taxes | Insurance | Rent | Other |
|---|---|---|---|---|---|---|
| 1. | _____ | _____ | _____ | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ | _____ | _____ | _____ |
| 5. | _____ | _____ | _____ | _____ | _____ | _____ |
| 6. | _____ | _____ | _____ | _____ | _____ | _____ |
| Tot. | _____ | _____ | _____ | _____ | _____ | _____ |

ATTACHMENT H

**Case Name**     New Redbird Business Group LLC
**Case Number**   25-80714

**DETAILED LISTING OF ACCOUNTS RECEIVABLE
AND ACCOUNTS RECEIVABLE AGING REPORT**

| Account Name | Total Due | Current (0-30) | Past Due (31-60) | Past Due (61-90) | Past Due (91-120) | Past Due >120 |
|---|---|---|---|---|---|---|
| | | | | | | |

**TOTAL**   _____   _____   _____   _____   _____

_____

**Designate with (*) if due from insiders**

**Case Name**     New Redbird Business Group LLC
**Case Number**    25-80714

## DEBTOR'S SECTION 345 CERTIFICATE

The following information reflects a true and accurate accounting of the Debtor's bank accounts and other cash deposits in any form with any institution. I understand that it is the Debtor-in-possession's responsibility to comply with 11 U.S.C. §345 so that all funds of the estate are fully insured at all times, and I understand separate "Debtor-in-possession" accounts are to be maintained which include a General (Operating) Account and a Tax Account (if applicable, a Payroll Account and a Personal Account).

1. The following information represents the balances of all Debtor's accounts **_as of the date of this Initial Report_**:

DEBTOR-IN-POSSESSION ACCOUNTS

| Depository | Account Number | Opening Balance | Current Balance | Date Opened |
|---|---|---|---|---|
| | | | | |

2. The following information represents the balances of all Debtor's accounts **_as of the date the petition was filed_**:

PRE-PETITION ACCOUNTS

| Depository | Account Number | Balance at Petition Date | Current Balance | Date Closed |
|---|---|---|---|---|
| | | | | |

**CASE NAME:**   New Redbird Business Group LLC
**CASE NUMBER:** 25-80714

    The undersigned, Debtor-in-possession, certifies that the above financial institution with whom estate funds are deposited (Depository) has been informed that the U. S. Trustee Office requests that the depository submit, on a calendar-quarter basis, a report indicating the total amount credited to each bankruptcy estate account at the end of each calendar quarter from the date relief is granted until the date the case is dismissed, converted or a plan is confirmed.

                        DEBTOR(S)-IN-POSSESSION:

                        BY:_____
                        Name: Sam Thurman
                        Title: Manager
                        BY:_____
                        Name:_____
                        Title_____
                        Address: 471833 East Hwy 51
                                  Stilwell, OK 74960

                        Telephone: 254-652-3777



## New Redbird Business Group
## Balance Sheets
## As of 08/05/2025

| | Redbird Realty, LLC | RB Bioscience Stilwell, LLC | New Redbird Business Group, LLC | New Redbird Business Group (Combined) |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Cash | $ (10,160) | $ 15,750 | $ - | $ 5,590 |
| Accounts Receivable - Other | 1,718 | 1,780 | - | 3,498 |
| Intercompany Due From | 9,755,956 | 7,034,162 | 23,680,507 | 40,470,625 |
| Property, Plant & Equiment | 33,699,096 | - | - | 33,699,096 |
| Accumulated Depreciation | 21,824,043 | - | - | 21,824,043 |
| Net Property, Plant & Equipment | 11,875,053 | - | - | 11,875,053 |
| **Other Assets** | | | | |
| Deposits | 6,315 | - | - | 6,315 |
| **Total Assets** | $ 21,628,882 | $ 7,051,692 | $ 23,680,507 | $ 52,361,081 |
| **Liabilities** | | | | |
| Accounts Payable | 211,815 | 229,485 | - | 441,300 |
| Deferred Revenue - 2020 | 4,000,000 | 2,272,727 | - | 6,272,727 |
| Deferred Revenue - 2021 | 4,233,016 | 1,676,381 | - | 5,909,397 |
| Deferred Revenue - 2022 | 4,849,893 | 2,384,447 | - | 7,234,340 |
| Deferred Revenue - 2023 | 5,798,604 | 899,400 | - | 6,698,004 |
| Deferred Revenue - 2024 | 5,798,604 | 899,400 | - | 6,698,004 |
| Deferred Revenue - 2025 | 3,382,519 | 524,650 | - | 3,907,169 |
| Notes Payable Bank & Lines of Cred | 9,616,623 | - | - | 9,616,623 |
| Related Party Note Payable | - | 4,000,000 | - | 4,000,000 |
| Notes Payable - Members | - | - | 2,445,955 | 2,445,955 |
| Intercompany Due to | 54,112 | (54,600) | 13,434,372 | 13,433,884 |
| **Total Liabilities** | 37,945,186 | 12,831,890 | 15,880,327 | 66,657,403 |
| **Equity** | | | | |
| Retained Earnings Prior Year | (15,101,156) | (5,679,897) | 7,800,180 | (12,980,873) |
| Current Year Earnings | (1,215,148) | (100,301) | - | (1,315,449) |
| **Total Equity** | (16,316,304) | (5,780,198) | 7,800,180 | (14,296,322) |
| **Total Liabilities & Equity** | $ 21,628,882 | $ 7,051,692 | $ 23,680,507 | $ 52,361,081 |



**New Redbird Business Group**
**Statements of Income**
**01/01/2025 to 8/05/2025**

|  | Redbird Realty, LLC | RB Bioscience Stilwell, LLC | New Redbird Business Group, LLC | New Redbird Business Group (Combined) |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| Miscellaneous Fees & Charges | $ - | $ - | $ - | $ - |
| Rental Income | 444,571 | - | - | 444,571 |
| **Total Revenue** | 444,571 | - | - | 444,571 |
| **Expenses** | | | | |
| **COGS** | | | | |
| Other direct cost | | 4,213 | - | 4,213 |
| **Total COGS** | - | 4,213 | - | 4,213 |
| **Gross Profit** | 444,571 | (4,213) | - | 440,358 |
| **Operating** | | | | |
| Professional fees | 42,768 | 6,562 | - | 49,330 |
| Advertising & Marketing | - | 2,032 | - | 2,032 |
| Miscellaneous | - | 10,008 | - | 10,008 |
| Real estate & other taxes | 180,164 | 12,646 | - | 192,810 |
| Repairs & Maintenance | - | 27,496 | - | 27,496 |
| Travel | - | 37,344 | - | 37,344 |
| **Total Operating Expenses** | 222,932 | 96,088 | - | 319,020 |
| **Total Expenses** | 222,932 | 100,301 | - | 323,233 |
| **EBITDA** | $ 221,639 | $ (100,301) | $ - | $ 121,338 |
| Depreciation | 1,090,519 | - | - | 1,090,519 |
| Interest Expense | 346,268 | - | - | 346,268 |
| **Net Income** | $ (1,215,148) | $ (100,301) | $ - | $ (1,315,449) |