

# New Redbird Business Group
## Balance Sheets
### As of 08/31/2025

| | Redbird Realty, LLC | RB Bioscience Stilwell, LLC | New Redbird Business Group, LLC | New Redbird Business Group (Combined) |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Cash | $ 15 | $ 203 | $ - | $ 218 |
| Accounts Receivable - Other | - | - | - | - |
| Intercompany Due From | 10,239,173 | 7,109,112 | 23,680,507 | 41,028,792 |
| Property, Plant & Equiment | 33,699,096 | - | - | 33,699,096 |
| Accumulated Depreciation | 19,900,095 | - | - | 19,900,095 |
| Net Property, Plant & Equipment | 13,799,001 | - | - | 13,799,001 |
| **Other Assets** | | | | |
| Deposits | 985 | - | - | 985 |
| **Total Assets** | $ 24,039,174 | $ 7,109,315 | $ 23,680,507 | $ 54,828,996 |
| **Liabilities** | | | | |
| Accounts Payable | 211,816 | 229,491 | - | 441,307 |
| Deferred Revenue - 2020 | 4,000,000 | 2,272,727 | - | 6,272,727 |
| Deferred Revenue - 2021 | 4,233,016 | 1,676,381 | - | 5,909,397 |
| Deferred Revenue - 2022 | 4,849,893 | 2,384,447 | - | 7,234,340 |
| Deferred Revenue - 2023 | 5,798,604 | 899,400 | - | 6,698,004 |
| Deferred Revenue - 2024 | 5,798,604 | 899,400 | - | 6,698,004 |
| Deferred Revenue - 2025 | 3,865,736 | 599,600 | - | 4,465,336 |
| Notes Payable Bank & Lines of Cr | 9,670,735 | - | - | 9,670,735 |
| Related Party Notes Payable | 22,000,000 | 4,000,000 | - | 26,000,000 |
| Notes Payable - Members | - | - | 2,445,955 | 2,445,955 |
| Due to Members | - | (54,600) | - | (54,600) |
| **Total Liabilities** | 60,428,404 | 12,906,846 | 2,445,955 | 75,781,205 |
| **Equity** | | | | |
| Retained Earnings Prior Year | (36,337,394) | (5,796,615) | 21,234,552 | (20,899,457) |
| Current Year Earnings | (51,836) | (916) | - | (52,752) |
| **Total Equity** | (36,389,230) | (5,797,531) | 21,234,552 | (20,952,209) |
| **Total Liabilities & Equity** | $ 24,039,174 | $ 7,109,315 | $ 23,680,507 | $ 54,828,996 |



# New Redbird Business Group
## Statements of Income
### 08/06/2025 to 8/31/2025

| | Redbird Realty, LLC | RB Bioscience Stilwell, LLC | New Redbird Business Group, LLC | New Redbird Business Group (Combined) |
|---|---|---|---|---|
| **Revenue** | | | | |
| Miscellaneous Fees & Charges | $ - | $ - | $ - | $ - |
| Rental Income | - | - | - | - |
| **Total Revenue** | - | - | - | - |
| **Expenses** | | | | |
| **COGS** | | | | |
| Other direct cost | - | - | - | - |
| **Total COGS** | - | - | - | - |
| **Gross Profit** | - | - | - | - |
| **Operating** | | | | |
| Professional fees | - | - | - | - |
| Advertising & Marketing | - | - | - | - |
| Bank fees | - | 100 | - | 100 |
| Miscellaneous | - | 177 | - | 177 |
| Real estate & other taxes | - | - | - | - |
| Repairs & Maintenance | - | - | - | - |
| Travel | - | 639 | - | 639 |
| **Total Operating Expenses** | - | 916 | - | 916 |
| **Total Expenses** | - | 916 | - | 916 |
| **EBITDA** | $ - | $ (916) | $ - | $ (916) |
| Depreciation | 51,836 | - | - | 51,836 |
| Interest Expense | - | - | - | - |
| **Net Income** | $ (51,836) | $ (916) | $ - | $ (52,752) |