Michael J. Collins
Texas State Bar: 00785493
mjcollins0701@gmail.com
15221 Berry Trl.
Dallas Texas 75248
(214) 226-0695
*Pro Hac Vice Granted*

**ATTORNEY FOR DEBTOR**

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: New RedBird Business Group, | § § § § | Case No: 25-80714 PRT |
| ` | § § | Chapter 11 |
| Debtor. | § § § § | |

### DEBTOR'S RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO DISMIISS CASE PURSUANNT TO 11 U.S.C. § 1112(b)

The Debtor ("Debtor") files this response to the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion"), as follows:

Debtor does not oppose the dismissal of this chapter 11 case.

Dated: October 27, 2025            Respectfully submitted

*/s/ Michael J. Collins*
Michael J. Collins
Texas State *Bar: 00785493*
mjcollins0701@gmail.com
15221 BerryTrl.
Dallas, Texas 75248
(214) 226-0695
*Pro Hac Vice*

**ATTORNEY FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I, Michael Collins, do hereby certify that on this 27th day of October, that I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmitting a Notice of Electronic Filing to the following ECF Registrants:

| | |
|---|---|
| Andrew R. Turner<br>**Conner & Winters, LLC**<br>15 East Fifth Street,<br>Suite 4100<br>Tulsa, OK 74103<br>(918) 586-8513<br>hstephens@cwlaw.com<br>aturner@cwlaw.com | Karen Walsh<br>Mary E. Kindelt<br>**U.S. Trustee office**<br>P.O. Box 3044<br>Tulsa, OK 74101<br>(918) 581-6689<br>Karen.walsh@usjoj.gov<br>mary.kindelt@usdoj.gov<br>USTPRegion20.TU.Ecf@usdoj.gov |
| Adam C. Doverspike<br>**GableGotwals**<br>110 North Elgin Avenue,<br>Suite 200<br>Tulsa, Oklahoma 74120<br>(918) 595-4800<br>adoverspike@gablelaw.com | Thomas Haskins Hull<br>Steven Soule<br>**Hall Estill Attorneys at Law**<br>100 N. Broadway Ave<br>Suite 2900<br>Oklahoma City, OK 73102<br>(918) 594-0400<br>ssoule@hallestill.com<br>thull@hallestill.com |

*s/Michael J. Collins*
Michael J. Collins