UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 25−80714**
**Chapter: 11**

FILED
Dec. 2, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  New Redbird Business Group LLC
  471833 E Hwy 51
  Stilwell, OK 74960

Social Security No.:

Employer's Tax I.D. No.:
  92−1625937

# FINAL DECREE

The above−referenced case has been dismissed

IT IS THEREFORE ORDERED THAT:

  The above−referenced case is closed

Dated: December 2, 2025

*s/ Paul R Thomas*
UNITED STATES BANKRUPTCY JUDGE