# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1086−7 | User: admin | Date Created: 12/2/2025 |
| Case: 25−80714 | Form ID: fnldcdsm | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Joe Byars, Jr     joe@heltonlawfirm.com
aty     Micheal J. Collins     mjcollins0701@gmail.com

                                                                                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     New Redbird Business Group LLC     471833 E Hwy 51     Stilwell, OK 74960

                                                                                                                       TOTAL: 1